IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ULESS L. LOVE, JR.                                                    PLAINTIFF

V.                          No. 4:13-cv-85-DPM

HORACE WALKINS, Chief of Police,
Eudora Police Department, and
ALLISON BISHOP, Probation and Parole
Officer, Crossett, AR                                                DEFENDANTS

## JUDGMENT

Love's complaint is dismissed without prejudice.

*D. P. Marshall Jr.*
United States District Judge

11 March 2013